IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EVERETT SMITH,**

    **Plaintiff,**

-vs-

**JOHN HUDSPETH, State's Attorney
of Clinton County, Illinois,**

    **Defendant.**                      **NO. 10-CV-500-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 19, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                            **BY:**     */s/Sandy Pannier*
                                                                **Deputy Clerk**

Dated: December 22, 2010

David R. Herndon
2010.12.22
17:01:40 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT